IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS.                                           4:11-CR-00122-02-BRW

JAMES MARSHALL                                                                                        DEFENDANT

## ORDER

Pending is the Prosecution's Motion to Dismiss Count Three of the Indictment against Defendant James Marshall (Doc. No. 57). Defendant has no objection.[1]

Accordingly, the Motion is GRANTED, and Count Three of the Indictment against Defendant James Marshall is DISMISSED.

IT IS SO ORDERED this 9th day of May, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 58.